[No. 28430-4-I.    Division One.    March 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
ABDUL R. SHAHID, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-06030-9, Jim Bates, J., entered April 22, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, J., and Forrest, J. Pro Tem.

[No. 32403-9-I.    Division One.    March 21, 1994.]

STEPHEN G. TEUSINK, *Appellant*, v. THE SEATTLE
HOUSING AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-01508-2, Steven G. Scott, J., entered July 31, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield and Baker, JJ.

[No. 30789-4-I.    Division One.    March 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON
PAXTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-07026-8, Anthony P. Wartnik, J., entered June 1, 1992. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, C.J., and Coleman, J.